**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANUAR ROMO, an individual, <br><br> Plaintiff, <br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: CV 24-5298-DMG (SSCx) <br><br> **ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION [21]** |

Based on the Parties' joint stipulation to dismiss this action with prejudice in accordance with their settlement, and good cause appearing therefor, the stipulation is **APPROVED**. The above-captioned action is hereby **DISMISSED with prejudice**, in its entirety.

**IT IS SO ORDERED.**

DATED: August 11, 2025

_____
DOLLY M. GEE
Chief United States District Judge

1